# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HERBRAND,<br><br>        Plaintiff,<br><br>   v.<br><br>DITECH FINANCIAL, LLC,<br><br>        Defendant. | Case No. 1:17-cv-00921-DAD-SAB<br><br>ORDER RE STIPULATION AND CONTINUING MANDATORY SCHEDULING CONFERENCE TO NOVEMBER 9, 2017, AT 3:30 P.M.<br><br>(ECF No. 6) |

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's first amended complaint shall be due on or before September 14, 2017; and

2. The mandatory scheduling conference set for September 11, 2017, is continued to November 9, 2017 at 3:30 p.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **August 18, 2017**

                                           UNITED STATES MAGISTRATE JUDGE

1