UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HERBRAND, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DITECH FINANCIAL, LLC, a business entity; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.: 1:17-cv-00921-DAD-SAB <br><br> **ORDER RE STIPULATION TO EXTEND DEFENDANT'S RESPONSE DEADLINE** |

Pursuant to the stipulation of the parties, Defendant Ditech Financial LLC shall file a pleading responsive to the first amended complaint on or before October 14, 2017.

IT IS SO ORDERED.

Dated: __**September 11, 2017**__  _____
UNITED STATES MAGISTRATE JUDGE