LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Attorneys for Defendant
Ditech Financial LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS HERBRAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL, LLC, a business entity; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 1:17-cv-00921-DAD-SAB<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND DEFENDANT'S RESPONSE DEADLINE** |

Plaintiff Marcus Herbrand ("Plaintiff") and Defendant Ditech Financial LLC ("Ditech"), by and through their respective counsel of record, jointly stipulate and agree as follows:

**RECITALS**

1. On August 14, 2017, Plaintiff filed the First Amended Complaint. Dkt. 8.

2. On August 18, 2017, this Court issued an order directing Ditech to respond to the First Amended Complaint on or before September 14, 2017. Dkt. 12.

3. On September 11, 2017, this Court issued an order granting the parties' stipulation to extend Ditech's deadline to respond to the First Amended Complaint to October 14, 2017. Dkt. 14.

1

4. The parties are continuing to explore settlement of the litigation, and in connection therewith, stipulate to extend the deadline for Ditech to respond to the First Amended Complaint to October 28, 2017.

5. The parties stipulate and agree that the extension request herein is not requested for purposes of delay and will not result in any prejudice to the parties or to the Court.

## **STIPULATION**

WHEREFORE, the Parties stipulate and agree:

1. The deadline for Ditech to file a response to the First Amended Complaint is extended to October 28, 2017.

**IT IS SO STIPULATED.**

Dated: October 4, 2017    Respectfully submitted,

LOCKE LORD LLP

By: */s/ Xiyi Fu*
    Regina J. McClendon
    Xiyi Fu
Attorneys for Defendant Ditech Financial LLC

Dated: October 4, 2017    Respectfully submitted,

OLYMPIA LAW GROUP

By: */s/ Hayk M. Grigoryan*
    Matin Rajabov
    Hayk M. Grigoryan
Attorneys for Plaintiff Marcus Herbrand

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: October 4, 2017 */s/ Xiyi Fu*
Xiyi Fu

**ORDER**

Good cause appearing, the deadline for defendant Ditech Financial LLC to respond to the First Amended Complaint of plaintiff Marcus Herbrand is extended to October 28, 2017.

IT IS SO ORDERED.

Dated: **October 4, 2017**

_____
UNITED STATES MAGISTRATE JUDGE